| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Secured Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust | Order Filed on April 7, 2020 by Clerk, U.S. Bankruptcy Court District of New Jersey<br><br>Case No.: 20-10775<br><br>Chapter: 13<br><br>Hearing Date:<br>April 8, 2020 at 8:30 AM<br><br>Hon. Judge:<br>Stacey L. Meisel |
| In Re:<br><br>Maria E. Becker<br><br>Debtor(s) | |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 7, 2020**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

| Applicant: | SN Servicing Corporation |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Bruce W. Radowitz |
| Property (Collateral): | 58 Woodland Drive, Roselle, NJ 07203 |

For good cause shown, it is **ORDERED** that Applicant's Objection is resolved, subject to the following conditions:

1. Status of Pre-Petition Arrearages:

- Secured Creditor is due **$76,621.48** in pre-petition arrearages as evidenced in the Proof of Claim filed on March 12, 2020 (Claim #6).
- The Debtor is to pay the pre-petition arrearages in full through the Chapter 13 Plan.

2. Status of Post-Petition Arrearages:

- Beginning on **February 1, 2020**, Debtor is to make regular monthly payments in the amount of **$1,700.47**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Status of Sale:

- Secured Creditor is not obligated to vacate the sale of the Property.
- Secured Creditor will only vacate the sale of the Property until such time that the full pre-petition arrears (and post-petition arrears is applicable) are fully cured and the Debtor becomes fully current.

4. Payments to the Secured Creditor shall be made to the following address:

- Payments:        SN Servicing Corporation
                          P.O. Box 660820
                          Dallas, TX 75266-0820

In the event of default:

If the Debtor(s) fails to make the regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor(s)'s failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

The undersigned hereby consent to the form and entry of the foregoing order.


_____
Bruce W. Radowitz
*Attorney for Debtor*

/s/ Jonathan Schwalb, Esq.
Jonathan Schwalb, Esq.
*Attorney for Secured Creditor*